IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENYA FORT, individually and on behalf of all others similarly situated, <br><br> *Plaintiff,* <br><br> v. <br><br> ANTECH DIAGNOSTICS, INC. and VICAR OPERATING INC., <br><br> *Defendants.* | Case No. 1:23-cv-00367 |

**DEFENDANTS ANTECH DIAGNOSTICS, INC. AND VICAR OPERATING, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES**

Defendants Antech Diagnostics, Inc. ("Antech") and Vicar Operating Inc. ("Vicar") (collectively, "Defendants"), by and through counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 hereby state:

1. Defendant Vicar Operating Inc. is the parent corporation of Defendant Antech Diagnostics, Inc.

2. VCA Inc. is the parent corporation of Vicar Operating Inc.

3. Mars, Incorporated is the ultimate parent corporation of VCA Inc.

4. As of January 20, 2023, the date that Defendants removed this action from Circuit Court of DuPage County, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division, Antech is a California corporation with its principal place of business in California.

5. As of January 20, 2023, the date that Defendants removed this action from Circuit Court of DuPage County, Law Division to the United States District Court for the Northern District of Illinois, Eastern Division, Vicar is a Delaware corporation with its principal place of business in California.

1

Dated:  January 20, 2023　　　　　　　　**ANTECH DIAGNOSTICS, INC. AND VICAR OPERATING, INC.**

　　　　　　　　　　　　　　　　　　By:　*/s/ Joshua D. Lee*
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

**AKIN GUMP STRAUSS HAUER & FELD LLP**
HYONGSOON KIM (*pro hac vice pending*)
kimh@akingump.com
KELSEY S. MORRIS (*pro hac vice pending*)
kmorris@akingump.com
4 Park Plaza, Suite 1900
Irvine, California 92614
Tel:　949-885-4100
Fax:　949-885-4101

**RILEY SAFER HOLMES & CANCILA LLP**
Joshua D. Lee
jlee@rshc-law.com
70 W. Madison, Suite 2900
Chicago, Illinois 60602
ARDC No. 6279235
Tel:　312-471-8700
Fax:　312-471-8701

*Attorneys for Defendants Antech Diagnostics, Inc. and Vicar Operating, Inc.*