# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 1:23-cv-367 |
| Kenya Fort, individually and on behalf of all others similarly situated, | |
| v. | |
| Antech Diagnostics, Inc., and Vicar Operating, Inc. d/b/a VCA | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Kenya Fort, individually and on behalf of all others similarly situated

| | |
|---|---|
| **NAME** (Type or print) <br> David J. Fish | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ David J. Fish | |
| **FIRM** <br> Fish Potter Bolaños, P.C. | |
| **STREET ADDRESS** <br> 111 East Wacker Drive, Suite 2300 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60601 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6269745 | **TELEPHONE NUMBER** <br> 312-861-1800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |