IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENYA FORT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTECH DIAGNOSTICS, INC. and VICAR OPERATING INC.,<br><br>*Defendants.* | Case No. 1:23-cv-00367 |

**JOINT NOTICE OF CLASS ACTION SETTLEMENT**

Plaintiff Kenya Fort ("Plaintiff") and Defendants Antech Diagnostics, Inc. and Vicar Operating, Inc. ("Defendants") (collectively, the "Parties") jointly file this Notice of Settlement to inform the Court that they have reached a class action settlement and request that the Court strike the pretrial schedule. Dkt. No. 19. The Parties anticipate filing a motion for preliminary approval of class action settlement in the next 30 days.

Dated: December 22, 2023

**KENYA FORT**

By: */s/ Mara Baltabols*
Attorneys for Plaintiff

**FISH POTTER BOLANOS, P.C.**
DAVID J. FISH
dfish@fishlawfirm.com
MARA ANN BALTABOLS
mara@fishlawfirm.com
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
Tel:    312-861-1800

*Attorneys for Plaintiff Kenya Fort*

1

Dated:  December 22, 2023          **ANTECH DIAGNOSTICS, INC. AND VICAR OPERATING INC.**

By:    */s/ Hyongsoon Kim*
              Attorneys for Defendants

**AKIN GUMP STRAUSS HAUER & FELD LLP**
HYONGSOON KIM (admitted *pro hac vice*)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, California 92614
Tel:    949-885-4100

LAUREN E. HUENNEKENS (admitted *pro hac vice*)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Tel:    310-229-1000

**RILEY SAFER HOLMES & CANCILA LLP**
Joshua D. Lee, ARDC No. 6279235
jlee@rshc-law.com
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Tel:    312-471-8700

*Attorneys for Defendants Antech Diagnostics, Inc. and Vicar Operating Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the foregoing was filed with the Court's CM/ECF filing system on December 22, 2023, which will serve a copy on all counsel of record.

<u>/s/ Mara Baltabols</u>