# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kenya Fort

                Plaintiff,

v.                                                    Case No.: 1:23−cv−00367
                                                        Honorable Elaine E. Bucklo

Antech Diagnostics, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 3, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to the Joint Notice of Class Action Settlement [20], parties have reached a class action settlement and its pretrial schedule is stricken. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.