# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kenya Fort

                        Plaintiff,

v.                                                                 Case No.: 1:23−cv−00367
                                                                    Honorable Elaine E. Bucklo

Antech Diagnostics, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 14, 2024:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's Motion in Support of Attorneys' Fees, Costs, and Service Award [33] and Plaintiff's Combined Motion and Memorandum of Law In Support of Final Approval of Class Action Settlement [34] are granted. Enter Final Order and Judgment. All pending dates and motions are terminated as moot. Civil case terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.