**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KENYA FORT, individually and on behalf of all others similarly situated,<br><br>       *Plaintiff,*<br><br>  v.<br><br>ANTECH DIAGNOSTICS, INC. and VICAR OPERATING INC.,<br><br>       *Defendants.* | Case No. 1:23-cv-00367 |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Thursday, August 29, 2024 at 9:45 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before the Honorable Judge Elaine E. Bucklo, or any judge sitting in her stead in the courtroom usually occupied by her in Room 2343 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, to present the **Joint Motion to Reopen Action for Purposes of Administering Supplemental Notice to Settlement Class members**, a copy of which is attached hereto and hereby served upon you.

Dated: August 23, 2024

                 Respectfully submitted,

                 *By: /s/ Mara Baltabols*
                 One of the Attorneys for Plaintiff

David Fish
Mara Baltabols
WORKPLACE LAW PARTNERS, P.C.
155 N. Michigan Ave., Suite 719
Chicago, IL 60601
P: (312) 861-1800
dfish@fishlawfirm.com
mara@fishlawfirm.com

-2-

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via CM/ECF on any and all counsel of record on August 23, 2024.

By: */s/ Mara Baltabols*
One of Plaintiff's Attorneys