**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KENYA FORT, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>ANTECH DIAGNOSTICS, INC. and VICAR OPERATING INC.,<br><br>*Defendants.* | Case No. 1:23-cv-00367 |

**FINAL JUDGMENT ORDER AS TO THE SUPPLEMENTAL CLASS MEMBERS**

This matter having come before the Court for Final Judgment as to the Supplemental Class Members, due and adequate notice having been given, having received no objections, having considered the Joint Status Report filed on November 27, 2024 (Dkt. No. 43), and being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The Supplemental Class Members are bound by the Settlement Agreement, and Final Approval Order entered on May 14, 2024. Dkt. No. 39.

2. Pursuant to the Joint Status Report filed on November 27, 2024 (Dkt No. 43), the Court grants Plaintiff's requested award of attorney fees in the amount of 35% of the gross Supplemental Settlement Fund, which amounts to $95,917.50 in attorney fees, plus additional Settlement Administration Costs of $6,526.00. These amounts are consistent with the Settlement Agreement (Dkt. No. 34), Final Approval Order entered on May 14, 2024 (Dkt. No. 39), and the Joint Motion to Reopen (Dkt. No. 40).

3. The Settlement Administrator is directed to distribute amounts pursuant to the Settlement Agreement and this Order, and to send out payments to the Supplemental Class

Members for their *pro rata* share of the net Supplemental Settlement Fund in the approximate amount of $845.35 per Supplemental Class Member.

4. Consistent with the Settlement Agreement and Final Approval Order, any residual funds from uncashed checks sent to Supplemental Class Members shall be distributed to *cy pres* recipient Raise the Floor Alliance.

5. This matter is dismissed with prejudice. The Court retains jurisdiction solely with respect to the interpretation, implementation, and enforcement of the terms of the Parties' Settlement Agreement.

Dated: December 16, 2024

Entered:

*[signature]*
Hon. Elaine E. Bucklo

Jointly prepared by:

**KENYA FORT**

By: */s/ Mara Baltabols*
Attorneys for Plaintiff and the Class

**WORKPLACE LAW PARTNERS, P.C.**
DAVID J. FISH
dfish@fishlawfirm.com
MARA ANN BALTABOLS
mara@fishlawfirm.com
155 N. Michigan Ave., Ste 719
Chicago, Illinois 60601
Tel: 312-861-1800
*Attorneys for Plaintiff Kenya Fort and the Class*

Dated: December 16, 2024

**ANTECH DIAGNOSTICS, INC. AND VICAR OPERATING INC.**

By: */s/ Hyongsoon Kim*
Attorneys for Defendants

**AKIN GUMP STRAUSS HAUER & FELD LLP**
HYONGSOON KIM (admitted *pro hac vice*)
kimh@akingump.com
4 Park Plaza, Suite 1900
Irvine, California 92614
Tel:     949-885-4100

LAUREN E. HUENNEKENS (admitted *pro hac vice*)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, California 90067
Tel:     310-229-1000

**NORTON ROSE FULBRIGHT US LLP**
Joshua D. Lee, ARDC No. 6279235
josh.lee@nortonrosefulbright.com
1045 W. Fulton Market, Suite 1200
Chicago, Illinois 60607
Tel:     312-964-7772

*Attorneys for Defendants Antech Diagnostics, Inc. and Vicar Operating Inc.*